In the Matter of JANET ARNOLD et al., Respondents, v ERIE COUNTY MEDICAL CENTER CORPORATION et al., Respondents, and COUNTY OF ERIE, Appellant.

Submitted March 23, 2009; decided May 7, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

BUFFALO CRUSHED STONE, INC., Appellant, v TOWN OF CHEEKTOWAGA, Respondent.

Submitted May 4, 2009; decided May 7, 2009

Motion by New York State Construction Materials Association, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.